LOPTIEN ET UX. *v.* CITY OF SYCAMORE.

No. 179.  Decided October 14, 1968.

*William C. Murphy* for appellee.

PER CURIAM.

The motion to strike the response to the jurisdictional statement is denied.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

SAMSON MARKET CO., INC. *v.* KIRBY, DIREC-TOR, DEPARTMENT OF ALCOHOLIC BEV-ERAGE CONTROL OF CALIFORNIA.

No. 326.  Decided October 14, 1968.

*Jacques Leslie* and *Lawrence Teplin* for appellant.

*Thomas C. Lynch,* Attorney General of California, and *Kenneth Scholtz,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.